**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH THOMAS HARRIS,<br><br>    Petitioner,<br><br>    v.<br><br>P. EATON, Warden,<br><br>    Respondent. | Case No. CV 20-2550 VBF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

3
4   DATE: June 7, 2022                    /s/ Valerie Baker Fairbank
                                          _____
5                                         HON. VALERIE BAKER FAIRBANK
                                          SENIOR U.S. DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28