# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH THOMAS HARRIS, | Case No. CV 20-2550 VBF (MRW) |
| Petitioner, | |
| v. | JUDGMENT |
| P. EATON, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 7, 2022                    /s/ Valerie Baker Fairbank

_____
HON. VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE